# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Artemio Tapia,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Unknown Alexander, et al.,<br><br>　　　　　　Defendants. | No. CV-12-02265-PHX-SRB<br><br>**ORDER** |

　　　Plaintiff filed his Complaint on October 23, 2013.  On June 26, 2013 Defendants filed a Motion to Dismiss L. Clawson and S. Miller With Prejudice.  On July 24, 2013 Plaintiff filed a Response to the Motion to Dismiss.  No reply was filed.

　　　On August 21, 2013 the Magistrate Judge issued his Report and Recommendation recommending that Defendants' Motion to Dismiss be denied.  The time to file objections to the Report and Recommendation has expired and no objections have been filed.

　　　IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court.

　　　IT IS FURTHER ORDERED denying Defendants' Motion to Dismiss.  (Doc. 27)

　　　Dated this 10th day of September, 2013.

_____
Susan R. Bolton
United States District Judge